

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00812-CR

Gary **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4637B
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 8, 2017.

_____
Luz Elena D. Chapa, Justice